# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CAMERON AZIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JENNIFER LEACH, *et al.*,<br><br>　　　　Defendants. | Case No. 2:17-cv-06934 DSF (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) defendants' Motion to Dismiss (ECF No. 55) is granted in part; and (3) plaintiff's claim seven against defendants Hidalgo and Gordon and claim eleven against all defendants are dismissed without further leave to amend and with prejudice.

DATED: July 10, 2019

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE