**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS CAMERON AZIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>JENNIFER LEACH, et al.,<br><br>    Defendants. | Case No. 2:17-cv-06934-DSF (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.

IT THEREFORE IS ORDERED that

(1) the Report and Recommendation of the Magistrate Judge is accepted and adopted;

(2) the City's motion for summary judgment is granted (ECF No. 97);

(3) the Individual Defendants' motion for summary judgment is granted (ECF No. 98);

(4) Plaintiff's Claims 1, 2, 13, and 14 against the unidentified "Doe" defendants are dismissed without leave to amend, but without prejudice;

  (5) Plaintiff's Fourth Amendment claim for unreasonable arrest arising from the incident on August 14, 2017, is dismissed without leave to amend, but without prejudice;

  (6) All other claims against the City and the Individual Defendants are dismissed with prejudice; and

  (7) Judgment shall be entered in favor of defendants.

DATED: December 3, 2020

            _____
            Honorable Dale S. Fischer
            UNITED STATES DISTRICT JUDGE