**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CAMERON AZIZ,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER LEACH, et al.,<br><br>Defendants. | Case No. 2:17-cv-06934-DSF (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the City's motion for summary judgment is granted (ECF No. 97), and the Individual Defendants' motion for summary judgment is granted (ECF No. 98).

IT IS FURTHER ORDERED AND ADJUDGED that Judgment is entered in favor of defendants as follows:

• Plaintiff's Claims 1, 2, 13, and 14 against the unidentified "Doe" defendants are dismissed without leave to amend, but without prejudice.

- Plaintiff's Fourth Amendment claim for unreasonable arrest arising from the incident on August 14, 2017, is dismissed without leave to amend, but without prejudice.
- All other claims against the City and the Individual Defendants are dismissed with prejudice.

DATED: December 3, 2020

_Dale S. Fischer_
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE